UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAURIE SUZANNE COLE,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:13-cv-03689-NJV<br><br>STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension until July 30, 2014, in which to file Plaintiff's response to Defendant's Supplemental Brief.   All amended deadlines will be extended accordingly.  This is Plaintiff's first request.

Dated:  July 23, 2014

/s/ Kenneth J. Collins
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: _____

/s/ Ellinor Coder
ELLINOR CODER
Special Assistant U.S. Attorney
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 24, 2014

_____
Hon. Nandor J. Vadas
United States Magistrate Judge